116 F.3d 468
 Horsehead Resource Development Co., Inc., Carbon County,
Thomas M. Pizzuti, Washington County, Samuel C. Mullin,
Lawrence County, Roger L. Williams, Beaver County, Robert W.
Zeman, Beaver County, Halden J. Reed, Washington County,
Joseph F. Strupek, Allegheny County, Joseph Uriah, Washington County
v.
U.S. Envirinmental Protection Agency, Carol Browner, Administrator
 NO. 96-3475
 United States Court of Appeals,
Third Circuit.
 May 21, 1997
 Appeal From: W.D.Pa. ,No.95-cv-01785
 
 1
 Affirmed.